UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| H&R BLOCK ENTERPRISES LLC,<br><br>Plaintiff,<br><br>v.<br><br>KELLY ANNE ALLBAUGH, *et al*.,<br><br>Defendants. | Case No. 2:19-cv-00643-GMN-GWF<br><br>**ORDER** |

This matter is before the Court on the Non-Party Movant's Motion to Extend Time to File Opposition to Motion to Enforce Subpoena Pursuant to FRCP 6(B)(1)(A) AND LR 1A-6-1 (ECF No. 9), filed May 2, 2019. Upon review and consideration, the Court finds good cause exists to grant the Non-Party Movant's request. Accordingly,

**IT IS HEREBY ORDERED** that the Non-Party Movant's Motion to Extend Time to File Opposition to Motion to Enforce Subpoena Pursuant to FRCP 6(B)(1)(A) AND LR 1A-6-1 (ECF No. 9) is **granted**. Defendants shall have until May 7, 2019 to file their Response to Plaintiff's Motion to Enforce.

Dated this 6th day of May, 2019.

GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE